UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: GALLAGHER, THOMAS E.   § Case No. 10-71517
§
§
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 12/20/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/_/_____   By: /s/STEPHEN G. BALSLEY_____
                                      Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1                   Date Rcvd: Nov 29, 2010
Case: 10-71517                Form ID: pdf006            Total Noticed: 15

The following entities were noticed by first class mail on Dec 01, 2010.
db           +Thomas E. Gallagher,    103 Carroll,    Cortland, IL 60112-4108
aty          +Charles L. Fierz,    134 W. State Street,    Sycamore, IL 60178-1472
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
15335389     +American Express Card,    4315 S. 2700 West,    Salt Lake City, UT 84184-0002
15494578      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
15335390      Century Dental Of Huntley,    10775 N. Rte. 47,    Huntley, IL 60142
15335391     +Chase Bank Elgin Auto Credit Loan,    24 E. Chicago Street,    Elgin, IL 60120-5522
15335392      Chase Card Member Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
15335393      Chase Innquires,    P.O. Box 15298,    Wilmington, DE 19850-5298
15335394      Fidelity Investments,    P.O. Box 15026,    Wilmington, DE 19850-5026
15335387     +Gallagher Thomas E,    103 Carroll,    Cortland, IL 60112-4108
16196623     +JPMorgan Chase Bank, N.A.,    50 South Main Street - 9TH Floor,    Akron,OH 44308-1849
15335395      Wells Fargo Payment Remittance Center,    P.O. Box 54349,    Los Angeles, CA 90054-0349
15335396     +Wells Fargo WF Business Direct,    P.O. Box 348750,    Sacramento, CA 95834-8750

The following entities were noticed by electronic transmission on Nov 29, 2010.
15984357      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2010 00:58:16
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
16187475*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15335388*     Charles L Fierz,    134 W State St,    Sycamore, IL 60178-1472
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2010**          **Signature:**   _Joseph Speetjens_